United States District Court
Southern District of Texas
**ENTERED**
May 18, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JULIAN G. SILVAS, | § |
| Plaintiff, | § § § |
| vs. | §   CIVIL ACTION NO. H-22-3576 |
| OSCAR MENDOZA, *et al.*, | § § § |
| Defendants. | § |

**ORDER ON MOTION REQUESTING DISMISSAL**

The plaintiff, Julian G. Silvas (TDCJ # 2390812), filed an action under 42 U.S.C. § 1983 against numerous TDCJ officials, alleging that they have violated and are violating his civil rights in numerous ways. (Docket Entry No. 1). The court notified Silvas that he must either pay the $402.00 filing fee for a civil rights action or file a properly supported motion to proceed without prepaying the filing fee. (Docket Entry No. 3). Silvas did neither, and the court dismissed this action for want of prosecution. (Docket Entry No. 6). Silvas then filed a "Notice of Voluntary Dismissal," (Docket Entry No. 8), which the court treated the notice as a motion for voluntary dismissal under Federal Rule of Civil Procedure 41(a)(2) and denied as moot. (Docket Entry No. 9). The court also advised Silvas that no funds are being withdrawn from his inmate trust fund account for this action. (*Id.*). Silvas filed a second Motion to Voluntarily Dismiss this action, (Docket Entry No. 10), which the court denied as moot. (Docket Entry No. 11).

Silvas has now filed a "Motion Requesting Dismissal, (Docket Entry No. 12), asking again for the court to dismiss this action. This action was dismissed on December 22, 2022, and no funds

are being withdrawn from Silvas's inmate trust fund account for this action. Silvas's motion requesting dismissal, (Docket Entry No. 12), is denied as moot.

SIGNED on May 18, 2023, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge